IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-22757-GLT |
| | ) | |
| Randy J. Taylor and Susan L. Taylor | ) | Chapter 13 |
| Debtors | ) | Document No._____ |
| | ) | Related to Doc. No. 127 |
| _____ | ) | |

STATUS REPORT PURSUANT TO TEXT ORDER DATED JUNE 15, 2016

AND NOW, comes Randy J. Taylor and Susan L. Taylor, by and through their counsel, Corey J. Sacca, Esq. and Bononi & Company, P.C. and files the within Status Report and reports as follows:

1. A Text Order was entered on June 15, 2016 in the above captioned case, in reference to the Trustee's Motion to Dismiss Case.

2. Pursuant to the Text Order, Debtors were to provide a Status Report as to the payment history since the hearing on Trustee's Motion to Dismiss Case.

3. Debtor, Randy J. Taylor has continued to remit his wage attached payments.

4. Debtor has remitted nine (9) payments of $177.00 per week for a total of $1,593.00 since the June 15, 2016 hearing.

5. At the time of the hearing Debtor's counsel was informed that the total amount remaining to complete the Plan was $14,568.00, which includes the mortgage payment through July.

6. Debtors and their counsel met today and Debtors have informed counsel they will be able to provide proof of payment of the remaining $12,975.00 prior to the hearing scheduled on August 31, 2016, to complete their chapter 13 plan.

                                                Respectfully submitted,

                                                BONONI & COMPANY, P.C.

Dated: August 17, 2016                /s/ Corey J. Sacca
                                                Corey J. Sacca, Esq. PA 306741
                                                csacca@bononilaw.com
                                                BONONI & COMPANY, P.C.

20 N. Pennsylvania Ave, Ste. 201
Greensburg, PA 15601
T: (724) 832-2499
F: (724) 836-0370

Case 11-22757-GLT    Doc 128    Filed 08/17/16    Entered 08/17/16 19:05:38    Desc Main
Document    Page 2 of 2