FILED
2016 AUG 31 P 3:11
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 11-22757-GLT |
| | : | Chapter: 13 |
| Randy J. Taylor | : | |
| Susan L. Taylor | : | |
| | : | Date: 8/31/2016 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:** #120 - Continued Trustee's Motion to Dismiss Case
#125 - Response by Debtor
 [Status Report due by 8/17/2016]
#128 - Status Report filed

**APPEARANCES:**
Debtor:          Corey J. Sacca
Trustee:         Owen Katz
Bruno Family Trust:  Thomas Reilly

**NOTES:**

Sacca - Debtors still intend to take a withdrawal from Mrs. Taylor's 401K to complete the plan. No withdrawal made to date. Mr. Taylor's wages continue to remit.

Katz - $12,443 needed to complete the plan assuming that the Debtors resumed long-term continuing debt in August 2016.

Court - Without a lump sum payment, plan will not be completed within a reasonable amount of time to give the Court discretion to continue the motion to dismiss.

**OUTCOME:**

1. Order to be issued dismissing case without prejudice. O/E.

**DATED:** 8/31/2016