Case 11-22757-GLT    Doc 131    Filed 09/02/16    Entered 09/03/16 01:04:41    Desc
Imaged Certificate of Notice    Page 1 of 4

FILED
2016 AUG 31  P 3:12
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Randy J. Taylor<br>Susan L. Taylor<br>　　Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　Movant(s)<br>　　Vs.<br>Randy J. Taylor<br>Susan L. Taylor<br><br>　　Respondent(s) | Case No. 11-22757GLT<br><br>Chapter 13<br><br>Related to Docket No. 120 |

## **_ORDER_**

AND NOW, this **31st** day of **August**, 20**16**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐　　This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

　This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

A.　Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.　This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.　The Clerk shall give notice to all creditors of this dismissal.

D.　Any motion to reopen must be accompanied by the appropriate

1

      reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

      (1)    the time deadline provided by state law; or

      (2)    30 days after the date of this notice.

☐    This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective _____.

☐    This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ _____ with / _____ without prejudice, without further notice or hearing.

☐    Other:

BY THE COURT:

Dated: __8/31/2016__

_____
United States Bankruptcy Judge

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-22757-GLT
Randy J. Taylor                                                         Chapter 13
Susan L. Taylor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 2            Date Rcvd: Aug 31, 2016
                             Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
```
db/jdb         +Randy J. Taylor,    Susan L. Taylor,    P.O. Box 195,    Manor, PA 15665-0195
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,   Richardson, TX 75082-4333
cr             +Bruno Family Trust,    71 East Pine Avenue,   Washington, PA 15301-6722
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13060039        BANK OF AMERICA,   PO BOX 10227,    VAN NUYS, CA 91410-0227
13584439        Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
13117594        I.C. System, Inc. o/b/o Medical Rehab Inc.,    c/o A. Thomas Pokela,    PO Box 2621,
                 Sioux Falls, SD 57101-2621
13060045       +JEANNETTE HOSPITAL,    600 JEFFERSON AVENUE,   JEANNETTE, PA 15644-2539
13176117       +The Bank of New York Mellon, et al,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13060048       +VERIZON,   500 TECHNOLOGY DRIVE,    WELDN SPRING, MO 63304-2225
13155216        Verizon,   PO BOX 3037,   Bloomington, IL 61702-3037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2016 10:36:04
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13060041       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 01 2016 10:30:28       COLLECTION SERVICE CENTER,
                 839 5TH AVE,   NEW KENSINGTON, PA 15068-6303
13060042       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Sep 01 2016 10:30:52
                 CREDIT MANAGMENT CO,    2121 NOBLESTOWN ROAD,   PITTSBURGH, PA 15205-3956
13060043       +E-mail/Text: creditonebknotifications@resurgent.com Sep 01 2016 10:29:19       CREDIT ONE BANK,
                 PO BOX 98872,   LAS VEGAS, NV 89193-8872
13060044       +E-mail/Text: bankruptcy@icsystem.com Sep 01 2016 10:30:55       IC SYSTEM INC,   PO BOX 64378,
                 SAINT PAUL MN 55164-0378
13060046       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2016 10:30:17       MIDLAND CREDIT MANAGEMENT,
                 PO BOX 939019,    SAN DIEGO CA 92193-9019
13619763        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2016 10:36:04       Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13060047        E-mail/Text: tidewaterlegalebn@twcs.com Sep 01 2016 10:29:29       TIDEWATER,    565 CEDAR ROAD,
                 CHESAPEAKE, VA 23320
13077947        E-mail/Text: tidewaterlegalebn@twcs.com Sep 01 2016 10:29:30       Tidewater Finance Company,
                 P.O. Box 13306,    Chesapeake, VA 23325
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon f/k/a The Bank of New
cr              The Bank of New York Mellon, et al...
13060040        BRUNO FAMILY TRUST,    c/o Thomas E. Reilly Esq.,    2200 Georgetowne Dr.,
                 Building One-Suite 403,    Sewickley P A15143
13719799*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: mgut              Page 2 of 2              Date Rcvd: Aug 31, 2016
                              Form ID: pdf900         Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
```
              Andrew F Gornall     on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Corey J. Sacca    on behalf of Debtor Randy J. Taylor csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              Corey J. Sacca    on behalf of Joint Debtor Susan L. Taylor csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              Louis P. Vitti    on behalf of Creditor    The Bank of New York Mellon, et al...
               tiffany@vittilaw.com, louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
              Marisa Myers Cohen    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Successor Trustee to JPMorgan Chase Bank, N.A. mcohen@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas E. Reilly    on behalf of Creditor    Bruno Family Trust ecf@tomreillylaw.com
                                                                                             TOTAL: 8
```