# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| RANDY J. TAYLOR | Case No.:11-22757 GLT |
| SUSAN L. TAYLOR | |
| Debtor(s) | |
| | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/29/2011  and confirmed on 02/03/2012 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 101,313.33 |
| Less Refunds to Debtor | 1,593.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 99,720.33 |

| Administrative Fees | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,500.00 | |
| Trustee Fee | 3,326.44 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,826.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC* | 0.00 | 55,012.77 | 0.00 | 55,012.77 |
| Acct: 7219 | | | | |
| BRUNO FAMILY TRUST | 0.00 | 14,113.53 | 0.00 | 14,113.53 |
| Acct: 21 | | | | |
| NATIONSTAR MORTGAGE LLC* | 29,890.75 | 19,135.09 | 0.00 | 19,135.09 |
| Acct: 7219 | | | | |
| TIDEWATER CREDIT SVCS AKA | 6,461.42 | 6,395.97 | 236.53 | 6,632.50 |
| Acct: 2902 | | | | |
| | | | | 94,893.89 |
| Priority | | | | |
| COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RANDY J. TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RANDY J. TAYLOR | 708.00 | 708.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RANDY J. TAYLOR | 708.00 | 708.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 11-22757 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| RANDY J. TAYLOR | 177.00 | 177.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BONONI & COMPANY | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

---

**Unsecured**

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXBHVJ | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9050 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7202 | | | | |
| IC SYSTEM INC | 87.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX81-1 | | | | |
| JEANNETTE DISTRICT MEMORIAL HOSPITA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MCM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9256 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN INF | 103.15 | 0.00 | 0.00 | 0.00 |
| Acct: 8438 | | | | |

* * * N O N E * * *

---

| TOTAL PAID TO CREDITORS | | 94,893.89 |
|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 36,352.17 |
| UNSECURED | 190.15 |

Date: 12/05/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com